UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-20733-CR-SEITZ

UNITED STATES OF AMERICA,

   Plaintiff,

v.

WHITNEY LIBERAL,

   Defendant.
                                              /

ORDER REQUIRING SUPPLEMENT TO MOTION
FOR MODIFICATION OF BOND

This matter arose before the Court upon the Motion for Modification of Bond filed by Defendant Whitney Liberal (DE # 42).  The Motion was referred to the undersigned Magistrate Judge by the Honorable Patricia A. Seitz, United States District Judge (DE # 44).  This matter was previously before the undersigned on August 21, 2009 for a bond hearing (DE # 25).  At the conclusion of the hearing, the undersigned set a $25,000.00 personal surety bond with the requirement that ten percent of the amount of the bond be deposited into the registry of the Court and that the bond be co-signed by the Defendant's mother and brother (Yvener Liberal).  In the alternative, the Defendant was permitted to post a $25,000 corporate surety bond.  Both bonds were subject to the requirements of *United States v. Nebbia*, 357 F. 2d 303 (2nd Cir. 1966).  The undersigned also required the Defendant's mother to agree to serve as a third-party custodian as specified in 18 U.S.C. § 3142 (c)(1)(B)(i), and required the Defendant to obtain court approval if he was not going to reside with his mother until the resolution of this matter.  Other conditions, not material to this Order, were also set.

On September 1, 2009, Defendant filed the instant Motion seeking permission to

allow the Defendant to reside with his brother Yvener Liberal in the Atlanta, Georgia area, and to allow Defendant's brother to serve as Defendant's custodian during the pendency of this action.  In addition, the Motion requested that Defendant's mother not be required to serve as a co-signer on the bond (DE # 53).  According to the Motion, the requests were prompted by the Defendant's mother's desire to not serve as custodian for the Defendant and to not co-sign on the Defendant's bond.

In a written opposition, the Government argued that the Motion should be denied because the Defendant provided incomplete information to the United States Probation Officer regarding his family, including the identity of the Defendant's brother and his brother's residence (DE # 52).  In addition, the Government noted that in his interview with the Probation Office that the Defendant identified a cousin named "Eric" that Defendant's mother was unable to identify.

Accordingly, based upon the record as a whole, the undersigned agrees that the Defendant has failed to provide sufficient information and details regarding his requested modification of bond.  Specifically, the Defendant has failed to provide:

1) the address in Atlanta, Georgia where Defendant will reside during the pendency of these proceedings if the Motion is granted:

2) verification that Yvener Liberal is the Defendant's brother who resides at the proffered Georgia address and is willing to serve as custodian for the Defendant;

3) identification of all other persons residing at Yvener Liberal's residence and whether those persons have a criminal history;

4) information regarding how Defendant will support himself while residing in Atlanta, Georgia;  and,

5) what housing accommodations have been or will be made for the Defendant when he returns to Miami, Florida for trial in this matter.

Therefore, it is hereby

**ORDERED AND ADJUDGED** that the Motion for Modification of Bond is held in abeyance pending the Defendant's filing of a Supplement to the Motion which addresses the above issues.

**DONE AND ORDERED** in chambers in Miami, Florida, on September 28th, 2009.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies via CM/ECF to:

The Honorable Patricia A. Seitz, United States District Judge
All Counsel of Record