UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20733-CR-SEITZ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STANLEY DUMERVIL,
WHITNEY LIBERAL,
LAWRENCE BENOIT
STEVENSON BENOIT,

      Defendants.

_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION AND DENYING MOTION TO SUPPRESS

This matter is before the Court on Defendant Liberal's Objections to the Report and Recommendation (R&R) of the Honorable John J. O'Sullivan, which recommends that the Court deny the Motion to Suppress Evidence [DE-47] filed by Defendant Dumervil and adopted by the co-Defendants Liberal, Lawrence Benoit and Stevenson Benoit. The Court has reviewed Magistrate Judge O'Sullivan's R&R [DE-78], the objections filed by Defendant Liberal [DE-87], the Government's response to the objections [DE-92], the exhibits presented and the transcript of the October 13, 2009 suppression hearing [DE-93].[1] Defendant Liberal's written objections consist of a one-sentence blanket objection which does not specify a particular finding of fact or conclusion of law to which the objection is being made. No other Defendant has filed written objections.

---

[1]The transcript incorrectly identifies the suppression hearing judge as the Honorable Barry L. Garber and denotes the case number assignment as "Seitz-Garber" when both should reflect Judge O'Sullivan.

Based on a *de novo* review of the record, the Court finds that the Magistrate Judge's findings of fact are not clearly erroneous, and in fact, are amply supported by the evidence. Moreover, his legal conclusions reflect a proper application of the law to the facts to recommend that in light of the totality of the circumstances Officer Harrell's investigative stop was lawful, Lawrence Benoit voluntarily permitted the search of the vehicle and Officer Harrell properly conducted an inventory of the vehicle after the Defendants' arrest. Therefore, it is

ORDERED that:

(1) Defendant Liberal's Objections [DE-87] are OVERRULED.

(2) The above-mentioned Report and Recommendation of Magistrate Judge O'Sullivan [DE-78] is RATIFIED, AFFIRMED, and ADOPTED as the Order of this Court.

(3) Defendants' Motion to Suppress Evidence [DE-47] is DENIED.

DONE AND ORDERED in Miami, Florida this __16th__ day of November, 2009.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record
The Honorable John J. O'Sullivan