UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20733-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

WHITNEY LIBERAL,

        Defendant.
_____/

**ORDER ADOPTING AND AFFIRMING REPORT & RECOMMENDATION
AND DENYING MOTION TO SUPPRESS**

The Court has considered *de novo* Defendant Liberal's Motion to Suppress [D.E. 106], the Government's Response [D.E. 110], the Transcript of the November 30, 2009 Suppression hearing, the Defendant's oral objections made at the December 7, 2009 hearing and the argument of counsel. For the reasons stated on the record, the Court finds that Magistrate O'Sullivan's factual findings are amply supported by the record and he has correctly applied the law to those facts. It is hereby

ORDERED that the Report and Recommendation of Magistrate Judge O'Sullivan [D.E. 120] is ADOPTED and AFFIRMED, and is made the Order of the District Court.

Defendant Liberal's Motion to Suppress Statements [D.E. 106] is DENIED.

DONE AND ORDERED in Miami, Florida this 10th day of December, 2009.

                                                  PATRICIA A. SEITZ
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record
Judge John J. O'Sullivan