UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20733-CR-SEITZ

UNITED STATES OF AMERICA,

v.

WHITNEY LIBERAL,
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Peter R. Palermo recommending that the CJA Voucher of Albert Levin, Esq. for fees and expenses be reduced from $15,546.50 to a total of $14,952.50. The Court has reviewed Judge Palermo's R&R. Mr. Levin has advised the Court that he will not file any objections. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED, and made the Order of the District Court, as follows: Mr. Levin shall be paid **$14,952.50** as fair compensation for his work on this case.

DONE AND ORDERED in Miami, Florida this 16th day of August, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
Albert Levin, Esq.
Lucy Lara, CJA Administrator